

# Fourth Court of Appeals
## San Antonio, Texas

February 15, 2022

No. 04-21-00534-CV

**IN THE INTEREST OF J.R.M.,** a Child,

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-PA-00113
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

Appellee's second motion for extension of time is **GRANTED**.

It is so **ORDERED** on this 15th day of February, 2022.

PER CURAIM

ATTESTED TO: _____
MICHAEL A. CRUZ, Clerk of Court